THE STATE OF OHIO, APPELLANT, *v.* MUSTAFA ET AL., APPELLEES.

[2016-Ohio-8364.]

(Nos. 2016–0179 and 2016–0201—Submitted December 20, 2016—Decided December 27, 2016.)

{¶ 1} The judgment of the court of appeals is reversed on the authority of *State v. Shalash*, 148 Ohio St.3d 611, 2016-Ohio-8358, 71 N.E.3d 1089, and this cause is remanded to the trial court for further proceedings consistent with our decision in *Shalash.*

O'CONNOR, C.J., and PFEIFER, O'DONNELL, LANZINGER, KENNEDY, and FRENCH, JJ., concur.

O'NEILL, J., dissents.

Ron O'Brien, Franklin County Prosecuting Attorney, and Steven L. Taylor, Assistant Prosecuting Attorney, for appellant.

THE STATE OF OHIO, APPELLANT, *v.* MOBARAK, APPELLEE.

[2016-Ohio-8368.]

(Nos. 2016–1168 and 2016–1297—Submitted December 20, 2016—Decided December 27, 2016.)

{¶ 1} The judgment of the court of appeals is reversed on the authority of *State v. Shalash,* 148 Ohio St.3d 611, 2016-Ohio-8358, 71 N.E.3d 1089, and this cause is remanded to the trial court for further proceedings consistent with our decision in *Shalash.*

O'CONNOR, C.J., and PFEIFER, O'DONNELL, LANZINGER, KENNEDY, and FRENCH, JJ., concur.

O'NEILL, J., dissents.

Ron O'Brien, Franklin County Prosecuting Attorney, and Steven L. Taylor, Assistant Prosecuting Attorney, for appellant.

THE STATE OF OHIO, APPELLANT, *v.* POLK, APPELLEE.

2017-Ohio-2735.]

(No. 2016–0271—Submitted March 1, 2017—Decided May 11, 2017.)

KENNEDY, J.